JORDAN S. ALTURA  (SBN: 209431)
SPENCER P. HUGRET  (SBN: 240424)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
jaltura@gordonrees.com
shugret@gordonrees.com

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

LAURENCE F. PADWAY  (SBN: 89314)
THE LAW OFFICES OF LAURENCE F. PADWAY
1516 OAK STREET, SUIT 109
ALAMEDA, CA 94501
Telephone:  (510) 814-6100
Facsimile:  (510) 814-0650
lpadway@padway.com

Attorney for Plaintiff
ELGIN K. COX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN K. COX, | CASE NO.  C12-5880 JCS |
| Plaintiff, | **STIPULATION EXTENDING THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE 6-1 (a)** |
| vs. | |
| ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, DELL, INC. COMPREHENSIVE WELFARE BENEFITS PLAN, DELL, INC., ADMINISTRATION AND INVESTMENT COMMITTEE, AETNA LIFE INSURANCE COMPANY, | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties hereto, Plaintiff Elgin Cox, Aetna Life Insurance Company ("Aetna") and Dell, Inc. and the Dell Inc. Comprehensive Welfare Benefits Plan (collectively hereinafter "Dell"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Aetna's response to Plaintiff's Complaint is due to be filed on or before

-1-

275 Battery Street, Suite 2000
San Francisco, CA 94111

1  December 10, 2012;

2  WHEREAS Dell's response to Plaintiff's Complaint is due to be filed on or around the
3  same time;

4  WHEREAS Dell is in the process of retaining counsel to represent it in this matter;

5  WHEREAS Local Rule 6-1 (a) permits the parties to stipulate the extend the time to
6  respond to the Complaint without a Court Order; and

7  WHEREAS Plaintiff's counsel has agreed to allow Aetna and Dell additional time to
8  respond to the Complaint, and Plaintiff's counsel acknowledges that Dell's request for additional
9  time to respond was communicated to Plaintiff's counsel through Aetna's counsel, as a courtesy
10 to Dell;

11 WHEREAS Aetna and Dell shall file and serve their responses to Plaintiff's Complaint
12 on or before January 10, 2012.

13 **IT IS SO STIPULATED**.

14 Dated:  December 7, 2012             LAW OFFICES OF LAURENCE F. PADWAY

16                                      By:__/S/_ Laurence F. Padway_____
                                            Laurence F. Padway
17                                          Attorneys for Plaintiff ELGIN K. COX

19 Dated:  December 7, 2012             GORDON & REES LLP

20                                      By:__/S/_____Spencer P. Hugret_____
                                            Jordan S Altura
21                                          Spencer P. Hugret
                                            Attorneys for Defendant AETNA LIFE
22                                          INSURANCE COMPANY

24 Dated: 12/11/12



IT IS SO ORDERED AS MODIFIED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-2-
STIPULATION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**ECF CERTIFICATION**

I, Spencer P. Hugret, attorney for Defendant Aetna Life Insurance Company, and the ECF user whose identification and password are being used to file this Stipulation, hereby attests that Laurence F. Padway, counsel for Plaintiff Elgin K. Cox authorized me to file to foregoing and concurred in this filing.

Dated:  December 7, 2012                                    GORDON & REES LLP

By:__/S/_____Spencer P. Hugret_____
    Jordan S Altura
    Spencer P. Hugret
    Attorneys for Defendant AETNA LIFE INSURANCE COMPANY