1  JORDAN S. ALTURA  (SBN: 209431)
   SPENCER P. HUGRET  (SBN: 240424)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone:  (415) 986-5900
4  Facsimile:  (415) 986-8054
   jaltura@gordonrees.com
5  shugret@gordonrees.com

6  Attorneys for Defendant
   AETNA LIFE INSURANCE COMPANY
7
   LAURENCE F. PADWAY  (SBN: 89314)
8  THE LAW OFFICES OF LAURENCE F. PADWAY
   1516 OAK STREET, SUIT 109
9  ALAMEDA, CA 94501
   Telephone:  (510) 814-6100
10 Facsimile:  (510) 814-0650
   lpadway@padway.com
11
   Attorney for Plaintiff
12 ELGIN K. COX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN K. COX, | CASE NO.  C12-5880 JCS |
| Plaintiff, | **STIPULATION EXTENDING THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE 6-1 (a)** |
| vs. | |
| ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, DELL, INC. COMPREHENSIVE WELFARE BENEFITS PLAN, DELL, INC., ADMINISTRATION AND INVESTMENT COMMITTEE, AETNA LIFE INSURANCE COMPANY, | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The parties hereto, Plaintiff Elgin Cox, Aetna Life Insurance Company ("Aetna") and

Dell, Inc. and the Dell Inc. Comprehensive Welfare Benefits Plan (collectively hereinafter

"Dell"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS Aetna's response to Plaintiff's Complaint is due to be filed on or before

-1-

275 Battery Street, Suite 2000
San Francisco, CA 94111

1  December 10, 2012;

2  WHEREAS Dell's response to Plaintiff's Complaint is due to be filed on or around the
3  same time;

4  WHEREAS Dell is in the process of retaining counsel to represent it in this matter;

5  WHEREAS Local Rule 6-1 (a) permits the parties to stipulate the extend the time to
6  respond to the Complaint without a Court Order; and

7  WHEREAS Plaintiff's counsel has agreed to allow Aetna and Dell additional time to
8  respond to the Complaint, and Plaintiff's counsel acknowledges that Dell's request for additional
9  time to respond was communicated to Plaintiff's counsel through Aetna's counsel, as a courtesy
10 to Dell;

11 WHEREAS Aetna and Dell shall file and serve their responses to Plaintiff's Complaint
12 on or before January 10, 2012.

13 **IT IS SO STIPULATED**.

14 Dated:  December 7, 2012                LAW OFFICES OF LAURENCE F. PADWAY

16                                         By:__/S/_ Laurence F. Padway_____
                                                Laurence F. Padway
17                                              Attorneys for Plaintiff ELGIN K. COX

19 Dated:  December 7, 2012                GORDON & REES LLP

20                                         By:__/S/_____Spencer P. Hugret_____
21                                              Jordan S Altura
                                                Spencer P. Hugret
22                                              Attorneys for Defendant AETNA LIFE
                                                INSURANCE COMPANY

24 Dated: 12/11/12



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-2-
STIPULATION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**ECF CERTIFICATION**

I, Spencer P. Hugret, attorney for Defendant Aetna Life Insurance Company, and the ECF user whose identification and password are being used to file this Stipulation, hereby attests that Laurence F. Padway, counsel for Plaintiff Elgin K. Cox authorized me to file to foregoing and concurred in this filing.

Dated:  December 7, 2012                              GORDON & REES LLP

By:\_\_/S/\_\_\_\_Spencer P. Hugret_____
    Jordan S Altura
    Spencer P. Hugret
    Attorneys for Defendant AETNA LIFE INSURANCE COMPANY

**275 Battery Street, Suite 2000**
**San Francisco, CA  94111**

AETNA/1084587/14264882

STIPULATION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT