1    C. Brandon Wisoff (State Bar No. 121930)
      bwisoff@fbm.com
2    Farella Braun + Martel LLP
      235 Montgomery Street, 17th Floor
3    San Francisco, CA 94104
      Telephone: (415) 954-4400
4    Facsimile: (415) 954-4480

5    Carl C. Scherz (TX State Bar No. 00791609)
      cscherz@lockelord.com
6    *To be Admitted Pro Hac Vice*
7    Locke Lord LLP
      2200 Ross Avenue, Suite 2200
8    Dallas, TX 75201
      Telephone: (214) 740-8583
9    Facsimile: (214) 740-8800

10    Attorneys for Defendants Allin Corporation Plan,
      Dell, Inc. Comprehensive Welfare Benefits Plan, and
11    Dell, Inc. Administration and Investment Committee

12    Laurence F. Padway (State Bar No. 89314)
      lpadway@padway.com
13    The Law Offices of Laurence F. Padway
      1516 Oak Street, Suite 109
14    Alameda, CA 94501
      Telephone: (510) 814-6100
15    Facsimile: (510) 814-0650

16    Attorney for Plaintiff Elgin K. Cox

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN K. COX, | Case No. C12-5880 JCS |
| Plaintiff, | **SECOND STIPULATION EXTENDING THE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** |
| vs. | |
| ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, DELL, INC. COMPREHENSIVE WELFARE BENEFITS PLAN, DELL, INC., ADMINISTRATION AND INVESTMENT COMMITTEE, AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

SECOND STIP. TO EXTEND THE TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT
Case No. C12-5880 JCS

1  TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      The parties hereto, Plaintiff Elgin K. Cox, on the one hand, and Defendants Dell Inc. Comprehensive Welfare Benefits Plan, Dell Inc. Administration and Investment Committee and Allin Corporation Plan, as well as any other Dell related entity that Plaintiff may have named or intended to name in the Complaint (collectively hereinafter "Dell Related Entities"), on the other hand, by and through their respective counsel of record, hereby stipulate as follows:

    WHEREAS certain of the Dell Related Entities previously obtained an extension of time to and including January 10, 2013 to plead or otherwise respond to the Complaint herein (Dkt. #7);

    WHEREAS, counsel for the Dell Related Entities has requested additional time, in light of the holidays, to investigate the facts and formulate a response of behalf of the appropriate parties;

    WHEREAS, Local Rule 6-1(a) permits the parties to stipulate to extend the time to respond to the Complaint without a Court Order so long as doing so does not alter any deadlines set by the Court;

    WHEREAS, Plaintiff's counsel has no objection to allowing the Dell Related Entities an additional extension of time to and including January 24, 2013 to plead or otherwise respond to the Complaint;

    WHEREAS, this extension will not alter or impact any other Court deadline;

    IT IS HEREBY STIPULATED that the Dell Related Entities and each of them as defined above, shall have to and including January 24, 2013 in which to plead or otherwise respond to the Complaint on file herein.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

- 2 -

SECOND STIP. TO EXTEND THE TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT
Case No. C12-5880 JCS

1    IT IS SO STIPULATED.

2    Dated: December 17, 2012                FARELLA BRAUN + MARTEL LLP

4                                            By:  /s/ C. Brandon Wisoff
                                                  C. Brandon Wisoff

6                                            Attorneys for Allin Corporation Plan, Dell, Inc.
                                             Comprehensive Welfare Benefits Plan, and Dell
                                             Inc. Administration and Investment Committee

9    Dated: December 17, 2012                THE LAW OFFICES OF LAURENCE F. PADWAY

11                                           By:  /s/ Laurence F. Padway
                                                  Laurence F. Padway

                                             Attorney for Plaintiff Elgin K. Cox

### ECF CERTIFICATION

I, C. Brandon Wisoff, attorney for the Defendants named above, and the ECF user whose identification and password are being used to file this Stipulation, hereby attests that Laurence F. Padway, counsel for Plaintiff Elgin K. Cox, authorized me to file the foregoing and concurred in this filing.

19   Dated: December 17, 2012                FARELLA BRAUN + MARTEL LLP

21                                           By:  /s/ C. Brandon Wisoff
                                                  C. Brandon Wisoff

                                             Attorneys for Allin Corporation Plan, Dell Inc.
                                             Comprehensive Welfare Benefits Plan, and Dell
                                             Inc. Administration and Investment Committee

IT IS SO ORDERED
Judge Joseph C. Spero

25   Dated: 12/19/12

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 3 -    SECOND STIP. TO EXTEND THE TIME TO
         RESPOND TO PLAINTIFF'S COMPLAINT
         Case No. C12-5880 JCS