JORDAN S. ALTURA  (SBN: 209431)
SPENCER P. HUGRET  (SBN: 240424)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
jaltura@gordonrees.com
shugret@gordonrees.com

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

LAURENCE F. PADWAY  (SBN:  89314)
THE LAW OFFICES OF LAURENCE F. PADWAY
1516 OAK STREET, SUIT 109
ALAMEDA, CA 94501
Telephone:  (510) 814-6100
Facsimile:  (510) 814-0650
lpadway@padway.com

Attorney for Plaintiff
ELGIN K. COX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN K. COX,<br><br>            Plaintiff,<br><br>      vs.<br><br>ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, DELL, INC. COMPREHENSIVE WELFARE BENEFITS PLAN, DELL, INC., ADMINISTRATION AND INVESTMENT COMMITTEE, AETNA LIFE INSURANCE COMPANY,<br><br>            Defendants. | CASE NO.  C12-5880 SBA<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANT AETNA'S MOTION TO DISMISS AND MOTION TO STRIKE AND ORDER**<br><br>DATE:  APRIL 9, 2013<br>TIME:  1:00 P.M.<br><br>**HON. SAUNDRA B. ARMSTRONG** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Elgin Cox and Aetna Life Insurance Company ("Aetna"), by and through their respective counsel of record, hereby stipulate as follows:

Whereas, Plaintiff filed his Complaint on November 16, 2012.  In response to the

-1-

1  Complaint, Aetna filed a Motion to Dismiss and Motion to Strike portions of the Complaint.

2  Plaintiff's response to Aetna's Motion to Dismiss and Motion to Strike was due on January 24,

3  2013, and the hearing thereon was scheduled for February 15, 2011.

4  Whereas, plaintiff was unable to file a response to Aetna's Motion to Dismiss and Motion

5  to Strike by January 24, 2013 because of medical issues involving plaintiff's counsel.  Both

6  counsel for plaintiff and Aetna, however, agreed to stipulate to a new due date for that opposition

7  and Aetna's reply.

8  Whereas, there are multiple defendants who have responses to the Complaint coming

9  due, and counsel for all of the parties met and conferred concerning possible additional motions

10 attacking the pleadings.  Additionally, at this time it is not known how many defendants plan to

11 attack the pleadings once their responses to the Complaint come due.  Furthermore, it was

12 generally agreed by counsel for all defendants and counsel for plaintiff that it would be in the

13 best interest of the parties and the Court to set all such motions on the same hearing date, which

14 was a date to be determined by the parties and proposed to the Court.

15 However, while a stipulation regarding same was being prepared by plaintiff's and

16 Aetna's counsel, the Court, *sua sponte*, continued Aetna's Motion to Dismiss and Motion to

17 Strike hearing until April 9, 2013.

18 Whereas, and based on the likelihood that additional motions attacking the Complaint

19 may be would be forthcoming, having all motions heard on April 9, 2013 and by permitting

20 plaintiff to file one omnibus opposition to all motions filed in response to the Complaint would

21 promote the interests of judicial economy.

22 Now, therefore, it is hereby stipulated and agreed upon between counsel for Aetna and

23 counsel for plaintiff to have plaintiff's response to Aetna's Motion to Dismiss and Motion to

24 Strike, and Aetna's reply in support of its motion be due as follows:

25 ///

26 ///

27 Plaintiff's Opposition is due no later than:  March 26, 2013

28

**275 Battery Street, Suite 2000**
**San Francisco, CA  94111**

-2-
STIPULATION TO EXTEND BRIEFING SCHEDULE ON MOTION TO DISMISS AND MOTION TO STRIKE
C 12-05880 SBA

Defendant's Reply Brief is due no later than: April 2, 2013

**IT IS SO STIPULATED**:

Dated:  January 29, 2013                                    LAW OFFICES OF LAURENCE F. PADWAY


By: /s/ Laurence F. Padway
    Laurence F. Padway
    Attorneys for Plaintiff
    Elgin K. Cox

Dated:  January 29, 2013                                    GORDON & REES LLP


By:    /s/ Spencer P. Hugret
       Jordan S Altura
       Spencer P. Hugret
       Attorneys for Defendant
       AETNA LIFE INSURANCE
       COMPANY

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Dated:  1/31/13                                    _____
                                                   Hon. Saundra B. Armstrong
                                                   United States District Court Judge