AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA



FILED
FEB 1 2 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ELGIN K. COX

Plaintiff (s),

v.

UNUM LIFE INSURANCE COMPANY, et al.

Defendant (s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:12-CV-05880 SBA

Notice is hereby given that, subject to approval by the court, __Allin Corp. Group Life & Disability Plan__ substitutes
(Party (s) Name)

__Anna M. Martin of Rimac Martin, P.C.__ , State Bar No. __154279__ as counsel of record in
(Name of New Attorney)

place of __C. Brandon Wisoff (SBN 121930) of Farella Braun + Martel LLP__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Rimac Martin, P.C. |
| Address: | 1051 Divisadero Street, San Francisco, CA 94115 |
| Telephone: | (415) 561-8440    Facsimile (415) 561-8430 |
| E-Mail (Optional): | amartin@rimacmartin.com |

I consent to the above substitution.

Date: February 8, 2013

/s/ Lauren Hoffer

Dell Marketing USA L.P. as successor in interest to Allin Corporation of California

(Signature of Party (s))

I consent to being substituted.

Date: February 8, 2013

/s/ C. Brandon Wisoff

Farella Braun + Martel LLP

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: February 8, 2013

/s/ Anna M. Martin

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/11/13

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]