| | |
|---|---|
| 1 | ANNA M. MARTIN (SBN 154279) |
| | RIMAC MARTIN P.C. |
| 2 | 1051 DIVISADERO STREET |
| | SAN FRANCISCO, CA  94115 |
| 3 | TELEPHONE:  (415) 561-8440 |
| | FACSIMILE: (415) 561-8430 |
| 4 | AMARTIN@RIMACMARTIN.COM |
| 5 | ATTORNEYS FOR DEFENDANTS |
| | UNUM LIFE INSURANCE COMPANY OF AMERICA AND |
| 6 | ALLIN CORPORATION GROUP LIFE & DISABILITY PLAN |
| 7 | |
| 8 | C. Brandon Wisoff (State Bar No. 121930) |
| |    bwisoff@fbm.com |
| | Farella Braun + Martel LLP |
| 9 | 235 Montgomery Street, 17th Floor |
| | San Francisco, CA  94104 |
| 10 | Telephone:   (415) 954-4400 |
| | Facsimile:    (415) 954-4480 |
| 11 | |
| 12 | Carl C. Scherz (TX State Bar No. 00791609) |
| |    cscherz@lockelord.com |
| 13 | Locke Lord LLP |
| | 2200 Ross Avenue, Suite 2200 |
| 14 | Dallas, TX 75201 |
| | Telephone:   (214) 740-8583 |
| 15 | Facsimile:    (214) 740-8800 |
| 16 | Attorneys for Defendants Dell, Inc. |
| | Comprehensive Welfare Benefits Plan, and |
| 17 | Dell, Inc. Administration and Investment |
| | Committee |
| 18 | |
| 19 | JORDAN S. ALTURA  (SBN:  209431) |
| | SPENCER P. HUGRET  (SBN:  240424) |
| 20 | GORDON & REES LLP |
| | 275 Battery Street, Suite 2000 |
| 21 | San Francisco, CA  94111 |
| | Telephone: (415) 986-5900 |
| 22 | Facsimile: (415) 986-8054 |
| | jaltura@gordonrees.com |
| 23 | shugret@gordonrees.com |
| 24 | Attorneys for Defendant |
| | AETNA LIFE INSURANCE COMPANY |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  Laurence F. Padway (State Bar No. 89314)
      lpadway@padway.com
2  The Law Offices of Laurence F. Padway
   1516 Oak Street, Suite 109
3  Alameda, CA  94501
   Telephone:   (510) 814-6100
4  Facsimile:    (510) 814-0650

5  Attorney for Plaintiff Elgin K. Cox

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

| ELGIN K. COX, | Case No.  C12-5880 SBA |
|---|---|
| Plaintiff, | **STIPULATON AND [~~PROPOSED~~]** **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, DELL, INC. COMPREHENSIVE WELFARE BENEFITS PLAN, DELL, INC., ADMINISTRATION AND INVESTMENT COMMITTEE, AETNA LIFE INSURANCE COMPANY, | Date:  March 15, 2013 Time:  3:00 p.m. Action Filed:  November 16, 2012 Hon. Saundra Brown Armstrong |
| Defendant. | |

21      Whereas, Pursuant to the Clerk's Notice of May 8, 2013, the parties, by and

22  through their respective counsel of record, hereby (collectively, the "Parties") are

23  calendared to appear for a Case Management Conference on May 15, 2013 at 3:00

24  p.m.;

25

26      Whereas, Laurence F. Padway (counsel for Plaintiff) is unavailable on May 15,

27  2013 due to a calendar conflicts in another matter;

28

- 2 -  Stipulation and [Proposed] Order Continuing
       Case Management Conference
       Case No. C12-5880 SBA

Now, therefore, the parties stipulate to continue the case management conference to May 22, 2013 at 3:00 p.m.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 13, 2013 | FARELLA BRAUN + MARTEL LLP |
| | By: /s/ C. Brandon Wisoff<br>C. Brandon Wisoff |
| | Attorneys for Dell, Inc. Comprehensive Welfare Benefits Plan, and Dell Inc. Administration and Investment Committee |
| Dated: May 13, 2013 | THE LAW OFFICES OF LAURENCE F. PADWAY |
| | By: /s/ Laurence F. Padway<br>Laurence F. Padway |
| | Attorney for Plaintiff Elgin K. Cox |
| Dated: May 13, 2013 | GORDON & REES LLP |
| | By: /s/ Jordan S. Altura<br>Jordan S. Altura<br>Spencer P. Hugret |
| | Attorneys for Aetna Life Insurance Company |
| Dated: May 13, 2013 | RIMAC MARTIN P.C. |
| | By: /s/ Anna M. Martin<br>Anna M. Martin |
| | Attorneys for Unum Life Insurance Company of America and Allin Corporation Group Life & Disability Plan |

| | | |
|---|---|---|
| 1 | Dated: May 13, 2013 | Locke Lord LLP |
| 2 | | By: /s/ Carl C. Scherz |
| 3 | | Carl C. Scherz |
| 4 | | Attorneys for Defendants Dell, Inc. Comprehensive Welfare Benefits Plan, and Dell, Inc. Administration and Investment Committee |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. ~~The case management conference in the above matter is continued to May 22, 2013 at 3:00 p.m.~~

The telephonic Case Management Conference currently scheduled for May 15, 2012 is CONTINUED to <u>June 12, 2013 at 3:15 p.m.</u>  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date.  Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT. This Order terminates Docket 50.

IT IS SO ORDERED.

Dated:  May 14, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge