ANNA M. MARTIN (SBN 154279)
RIMAC MARTIN P.C.
1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile: (415) 561-8430
amartin@rimacmartin.com

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA AND
ALLIN CORPORATION GROUP LIFE & DISABILITY PLAN


JORDAN S. ALTURA  (SBN: 209431)
SPENCER P. HUGRET  (SBN: 240424)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
jaltura@gordonrees.com
shugret@gordonrees.com

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY


LAURENCE F. PADWAY (SBN: 89314)
THE LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA  94501
Telephone:     (510) 814-6100
Facsimile:      (510) 814-0650
lpadway@padway.com

Attorney for Plaintiff
ELGIN K. COX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN K. COX,<br><br>                Plaintiff,<br><br>     vs.<br><br>ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, DELL, INC. COMPREHENSIVE WELFARE BENEFITS PLAN, DELL, INC., ADMINISTRATION | Case No.  C12-5880 SBA<br><br>AMENDED **STIPULATON AND [**~~PROPOSED~~**] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: June 19, 2013<br>Time: 2:30 p.m.<br><br>Action Filed:  November 16, 2012 |

1 | AND INVESTMENT COMMITTEE,
AETNA LIFE INSURANCE COMPANY,   Hon. Saundra Brown Armstrong

Defendant.

Whereas, Pursuant to the Clerk's Notice of June 12, 2013, the parties, by and through their respective counsel of record, hereby (collectively, the "Parties") are calendared to appear for a Case Management Conference on June 19, 2013 at 2:30 p.m.;

Whereas, Laurence F. Padway (counsel for Plaintiff) is scheduled for surgery on June 19, 2013 and unavailable to attend the case management conference;

Now, therefore, the parties stipulate to continue the case management conference to July 10, 2013 at 2:30 p.m.

IT IS SO STIPULATED.

Dated: June 14, 2013          THE LAW OFFICES OF LAURENCE F. PADWAY


                              By: /s/ Laurence F. Padway
                                  Laurence F. Padway

                              Attorney for Plaintiff Elgin K. Cox

| | | |
|---|---|---|
| Dated:  June 14, 2013 | | GORDON & REES LLP |

By: /s/ Jordan S. Altura
    Jordan S. Altura
    Spencer P. Hugret

Attorneys for Aetna Life Insurance Company

Dated:  June 14, 2013                            RIMAC MARTIN P.C.

By: /s/ Anna M. Martin
    Anna M. Martin

Attorneys for Unum Life Insurance Company of America and Allin Corporation Group Life & Disability Plan

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The case management conference in the above matter is continued to July 10, 2013 at 2:30 p.m.  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff shall assume responsibility for filing the joint statement no less than seven (7) days prior to the conference date.  Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559. NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

     IT IS SO ORDERED.

Dated: 6/19/13

                                                    SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge