1 | ANNA M. MARTIN (SBN 154279)
RIMAC MARTIN P.C.
2 | 1051 Divisadero Street
San Francisco, CA  94115
3 | Telephone:  (415) 561-8440
Facsimile: (415) 561-8430
4 | amartin@rimacmartin.com

5 | Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA AND
6 | ALLIN CORPORATION GROUP LIFE & DISABILITY PLAN

7

8 | JORDAN S. ALTURA  (SBN:  209431)
SPENCER P. HUGRET  (SBN:  240424)
9 | GORDON & REES LLP
275 Battery Street, Suite 2000
10 | San Francisco, CA  94111
Telephone:  (415) 986-5900
11 | Facsimile:  (415) 986-8054
jaltura@gordonrees.com
12 | shugret@gordonrees.com

13 | Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

14

15 | LAURENCE F. PADWAY (SBN: 89314)
THE LAW OFFICES OF LAURENCE F.
16 | PADWAY
1516 Oak Street, Suite 109
17 | Alameda, CA  94501
Telephone:     (510) 814-6100
18 | Facsimile:     (510) 814-0650
lpadway@padway.com

19 | Attorney for Plaintiff
ELGIN K. COX

20

UNITED STATES DISTRICT COURT

21

NORTHERN DISTRICT OF CALIFORNIA

22

23 | ELGIN K. COX,                            | Case No.  C12-5880 SBA

24 |                 Plaintiff,               | AMENDED
                                            | **STIPULATON AND [~~PROPOSED~~]**
25 |         vs.                              | **ORDER CONTINUING CASE**
                                            | **MANAGEMENT CONFERENCE**
26 | ALLIN CORPORATION PLAN and UNUM          |
LIFE INSURANCE COMPANY OF                 | Date:  June 19, 2013
27 | AMERICA, DELL, INC.                      | Time:  2:30 p.m.
COMPREHENSIVE WELFARE BENEFITS            |
28 | PLAN, DELL, INC., ADMINISTRATION         | Action Filed:  November 16, 2012

1   AND INVESTMENT COMMITTEE,
    AETNA LIFE INSURANCE COMPANY,          Hon. Saundra Brown Armstrong

2
                    Defendant.
3

4

5

6       Whereas, Pursuant to the Clerk's Notice of June 12, 2013, the parties, by and through their

7   respective counsel of record, hereby (collectively, the "Parties") are calendared to appear for a

8   Case Management Conference on June 19, 2013 at 2:30 p.m.;

9

10      Whereas, Laurence F. Padway (counsel for Plaintiff) is scheduled for surgery on June 19,

11  2013 and unavailable to attend the case management conference;

12

13      Now, therefore, the parties stipulate to continue the case management conference to July

14  10, 2013 at 2:30 p.m.

15
        IT IS SO STIPULATED.
16

17

18  Dated:  June 14, 2013                   THE LAW OFFICES OF LAURENCE F. PADWAY

19

20                                          By:  /s/ Laurence F. Padway
                                                 Laurence F. Padway
21
                                            Attorney for Plaintiff Elgin K. Cox
22

23

24

25

26

27

28

Stipulation and [Proposed] Order Continuing
                                        Case Management Conference
                                        Case No. C12-5880 SBA

1    Dated:  June 14, 2013                    GORDON & REES LLP

2
                                             By:  /s/ Jordan S. Altura
3                                                 Jordan S. Altura
                                                  Spencer P. Hugret
4

5                                            Attorneys for Aetna Life Insurance Company

6

7    Dated:  June 14, 2013                    RIMAC MARTIN P.C.

8                                            By:  /s/ Anna M. Martin
9                                                 Anna M. Martin

10                                           Attorneys for Unum Life Insurance Company of
                                             America and Allin Corporation Group Life &
11                                           Disability Plan

12

13

14                              **[~~PROPOSED~~] ORDER**

15
            PURSUANT TO STIPULATION, IT IS SO ORDERED.  The case management
16
     conference in the above matter is continued to July 10, 2013 at 2:30 p.m.  Prior to the date
17
     scheduled for the conference, the parties shall meet and confer and prepare a joint Case
18
     Management Conference Statement which complies with the Standing Order for All Judges of the
19
     Northern District of California and the Standing Orders of this Court.  Plaintiff shall assume
20
     responsibility for filing the joint statement no less than seven (7) days prior to the conference
21
     date.  Plaintiff's counsel is to set up the conference call with all the parties on the line and call
22
     chambers at (510) 637-3559.  NO PARTY SHALL CONTACT CHAMBERS DIRECTLY
23
     WITHOUT PRIOR AUTHORIZATION OF THE COURT.
24

25

26        IT IS SO ORDERED.
     Dated: 6/19/13
27                                           _____
                                             SAUNDRA BROWN ARMSTRONG
28                                           United States District Judge

Stipulation and [Proposed] Order Continuing
Case Management Conference
Case No. C12-5880 SBA