JORDAN S. ALTURA (SBN: 209431)
jaltura@gordonrees.com
SPENCER P. HUGRET (SBN: 240424)
shugret@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

ANNA M. MARTIN (SBN 154279)
amartin@rimacmartin.com
RIMAC MARTIN P.C.
1051 Divisadero Street
San Francisco, CA 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA and
ALLIN CORPORATION GROUP LIFE & DISABILITY PLAN

LAURENCE F. PADWAY (SBN 89314)
lpadway@padway.com
THE LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorney for PLAINTIFF ELGIN K. COX

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN K. COX, <br><br> Plaintiff, <br><br> vs. <br><br> ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, DELL, INC. COMPREHENSIVE WELFARE BENEFITS PLAN, DELL, INC., ADMINISTRATION AND INVESTMENT COMMITTEE, AETNA LIFE INSURANCE COMPANY, <br><br> Defendants. | CASE NO. C12-5880-SBA <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE MEDIATION COMPLETION DEADLINE** <br><br> Action Filed: November 16, 2012 <br><br> Hon. Saundra Brown Armstrong |

To this Honorable Court, counsel for Plaintiff Elgin K. Cox and Defendants Aetna Life Insurance Company ("Aetna"), Unum Life Insurance Company Of America and Allin Corporation Group Life & Disability Plan (collectively "Unum") stipulate as follows and request that the Court continue the Mediation Completion Deadline based on the following:

1) Whereas, mediation is currently scheduled for November 6, 2013 at 10:00 a.m. with Mark Humbert, Esq.;

2) Whereas, at the July 12, 2013 Case Management Conference, the Court set a mediation completion deadline of October 16, 2013;

3) Whereas, as part of the meet and confer to schedule mediation, November 6, 2013 was the first available date for mediation and given the parties' respective schedules and the mediator's schedule.

Therefore, and based on the foregoing, the parties request that the Court continue the mediation completion deadline until November 8, 2013. **IT IS SO STIPULATED.**

Dated: October 14, 2013     GORDON & REES LLP

By  /s/ Jordan S. Altura
     Jordan S Altura
     Spencer P. Hugret
Attorneys for Defendant
 AETNA LIFE INSURANCE COMPANY

Dated: October 14, 2013     THE LAW OFFICES OF LAURENCE F. PADWAY

By  /s/ Laurence F. Padway
     Laurence F. Padway
Attorney for Plaintiff
ELGIN K. COX

Dated: October 14, 2013     RIMAC MARTIN P.C.

By  /s/ Anna M. Martin
     Anna M. Martin
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF
AMERICA and ALLIN CORPORATION
GROUP LIFE & DISABILITY PLAN

# **ATTESTATION OF E-FILED SIGNATURE**

I, Jordan S. Altura, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue the Mediation Completion Deadline. In compliance with Local Rule 5-1(i), I hereby attest that Laurence F. Padway, counsel for Plaintiff Elgin K. Cox, and Anna M. Martin, counsel for Defendants UNUM Life Insurance Company of America, and Allin Corporation Group Life & Disability Plan, has concurred in this filing.

Dated: October 14, 2013

GORDON & REES LLP

By  */s/ Jordan S. Altura*
      Jordan S Altura
Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

**ORDER**

Pursuant to the Stipulation above and for good cause showing thereon, the mediation completion deadline is continued until November 8, 2013.

**IT IS SO ORDERED**.

Dated: October 15, 2013

*Saundra B Armstrong*
Saundra Brown Armstrong
UNITED STATES DISTRICT COURT JUDGE

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

1084587/17115766v.1

-4- Case No.: C12-5880 SBA
STIPULATION AND ORDER TO CONTINUE THE MEDIATION COMPLETION DEADLINE