| | |
|---|---|
| 1 | JORDAN S. ALTURA (SBN: 209431) |
| | jaltura@gordonrees.com |
| 2 | SPENCER P. HUGRET (SBN: 240424) |
| | shugret@gordonrees.com |
| 3 | GORDON & REES LLP |
| | 275 Battery Street, Suite 2000 |
| 4 | San Francisco, CA 94111 |
| | Telephone: (415) 986-5900 |
| 5 | Facsimile: (415) 986-8054 |
| 6 | Attorneys for Defendant |
| | AETNA LIFE INSURANCE COMPANY |
| 7 | |
| | ANNA M. MARTIN (SBN 154279) |
| 8 | amartin@rimacmartin.com |
| | RIMAC MARTIN P.C. |
| 9 | 1051 Divisadero Street |
| | San Francisco, CA 94115 |
| 10 | Telephone: (415) 561-8440 |
| | Facsimile: (415) 561-8430 |
| 11 | |
| | Attorneys for Defendants |
| 12 | UNUM LIFE INSURANCE COMPANY OF AMERICA and |
| | ALLIN CORPORATION GROUP LIFE & DISABILITY PLAN |
| 13 | |
| | LAURENCE F. PADWAY (SBN 89314) |
| 14 | lpadway@padway.com |
| | THE LAW OFFICES OF LAURENCE F. PADWAY |
| 15 | 1516 Oak Street, Suite 109 |
| | Alameda, CA 94501 |
| 16 | Telephone: (510) 814-6100 |
| | Facsimile: (510) 814-0650 |
| 17 | |
| | Attorney for PLAINTIFF ELGIN K. COX |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELGIN K. COX, | ) | CASE NO. C12-5880-SBA |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE THE** |
| vs. | ) | **MEDIATION COMPLETION** |
| | ) | **DEADLINE** |
| ALLIN CORPORATION PLAN and UNUM LIFE | ) | |
| INSURANCE COMPANY OF AMERICA, DELL, | ) | |
| INC. COMPREHENSIVE WELFARE BENEFITS | ) | Action Filed: November 16, 2012 |
| PLAN, DELL, INC., ADMINISTRATION AND | ) | |
| INVESTMENT COMMITTEE, AETNA LIFE | ) | Hon. Saundra Brown Armstrong |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

-1- Case No.: C12-5880 SBA
STIPULATION AND ORDER TO CONTINUE THE MEDIATION COMPLETION DEADLINE

To this Honorable Court, counsel for Plaintiff Elgin K. Cox and Defendants Aetna Life Insurance Company ("Aetna"), Unum Life Insurance Company Of America and Allin Corporation Group Life & Disability Plan (collectively "Unum") stipulate as follows and request that the Court continue the Mediation Completion Deadline based on the following:

1) Whereas, mediation is currently scheduled for November 6, 2013 at 10:00 a.m. with Mark Humbert, Esq.;

2) Whereas, at the July 12, 2013 Case Management Conference, the Court set a mediation completion deadline of October 16, 2013;

3) Whereas, as part of the meet and confer to schedule mediation, November 6, 2013 was the first available date for mediation and given the parties' respective schedules and the mediator's schedule.

Therefore, and based on the foregoing, the parties request that the Court continue the mediation completion deadline until November 8, 2013. **IT IS SO STIPULATED.**

Dated: October 14, 2013          GORDON & REES LLP

                                 By  /s/ Jordan S. Altura
                                     Jordan S Altura
                                     Spencer P. Hugret
                                 Attorneys for Defendant
                                 AETNA LIFE INSURANCE COMPANY

Dated: October 14, 2013          THE LAW OFFICES OF LAURENCE F. PADWAY

                                 By  /s/ Laurence F. Padway
                                     Laurence F. Padway
                                 Attorney for Plaintiff
                                 ELGIN K. COX

Dated: October 14, 2013          RIMAC MARTIN P.C.

                                 By  /s/ Anna M. Martin
                                     Anna M. Martin
                                 Attorneys for Defendants
                                 UNUM LIFE INSURANCE COMPANY OF
                                 AMERICA and ALLIN CORPORATION
                                 GROUP LIFE & DISABILITY PLAN

## **ATTESTATION OF E-FILED SIGNATURE**

I, Jordan S. Altura, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue the Mediation Completion Deadline. In compliance with Local Rule 5-1(i), I hereby attest that Laurence F. Padway, counsel for Plaintiff Elgin K. Cox, and Anna M. Martin, counsel for Defendants UNUM Life Insurance Company of America, and Allin Corporation Group Life & Disability Plan, has concurred in this filing.

Dated: October 14, 2013       GORDON & REES LLP

By  */s/ Jordan S. Altura*
      Jordan S Altura
Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

# ORDER

Pursuant to the Stipulation above and for good cause showing thereon, the mediation completion deadline is continued until November 8, 2013.

**IT IS SO ORDERED**.

Dated: October 15, 2013

*Saundra B Armstrong*
Saundra Brown Armstrong
UNITED STATES DISTRICT COURT JUDGE