UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

ELGIN K. COX,

        Plaintiff,

   v.

ALLIN CORPORATION PLAN, et al,
        Defendants.
_____/

No. C 12-5880 SBA

**ORDER RE: ATTENDANCE AT
MEDIATION**

Date:      November 4, 2013
Mediator:   Mark Humbert

     IT IS HEREBY ORDERED that the request to excuse plaintiff Elgin Cox from appearing in person at the November 4, 2013 mediation session before Mark Humbert is GRANTED.  Mr. Cox shall be available at all times to participate by telephone in the mediation in accordance with ADR L.R. 6-10(f).

     However, if the mediator determines that the telephonic appearance by Mr. Cox is interfering with the mediation process, the mediator may decide to terminate the telephonic appearance and set a new mediation date with personal appearance required.

     IT IS SO ORDERED.


October 21, 2013        By: _____
Dated                                Maria-Elena James
                                   United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California