1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California

# UNITED STATES  DISTRICT COURT

## Northern District of California

## Oakland Division

ELGIN K. COX,

            Plaintiff,

      v.

ALLIN CORPORATION PLAN, et al,
           Defendants.
_____/

No. C 12-5880 SBA

**AMENDED
ORDER RE: ATTENDANCE AT
MEDIATION
(Corrects Date of Mediation)**

Date:       November 6, 2013
Mediator:   Mark Humbert

      IT IS HEREBY ORDERED that the request to excuse plaintiff Elgin Cox from appearing in person at the November 6, 2013 mediation session before Mark Humbert is GRANTED.  Mr. Cox shall be available at all times to participate by telephone in the mediation in accordance with ADR L.R. 6-10(f).

      However, if the mediator determines that the telephonic appearance by Mr. Cox is interfering with the mediation process, the mediator may decide to terminate the telephonic appearance and set a new mediation date with personal appearance required.

      IT IS SO ORDERED.

  October 31, 2013         By:
Dated

                                  Maria-Elena James
                              United States Magistrate Judge