UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELGIN COX,<br><br>         Plaintiff,<br><br>     vs.<br><br>ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA; DELL, INC. COMPREHENSIVE WELFARE BENEFITS PLAN; DELL, INC., ADMINISTRATION AND INVESTMENT COMMITTEE; AETNA LIFE INSURANCE COMPANY,<br><br>         Defendants. | Case No:  C 12-5880 SBA<br><br>**ORDER**<br><br>Dkt. 64 |

   Good cause appearing, the parties' stipulated request to enlarge the deadline for filing their cross-motions is GRANTED.  Said deadline is extended to December 13, 2013.

   IT IS SO ORDERED.

Dated: 11/22/13

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge