1
2
3
4
5
6      UNITED STATES DISTRICT COURT

7    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8       OAKLAND DIVISION

9

10 ELGIN COX,        Case No:  C 12-5880 SBA

11   Plaintiff,      **ORDER**

12   vs.       Dkt. 64

13 ALLIN CORPORATION PLAN and UNUM
LIFE INSURANCE COMPANY OF
14 AMERICA; DELL, INC.
COMPREHENSIVE WELFARE BENEFITS
15 PLAN; DELL, INC., ADMINISTRATION
AND INVESTMENT COMMITTEE;
16 AETNA LIFE INSURANCE COMPANY,

17   Defendants.

18

19

20   Good cause appearing, the parties' stipulated request to enlarge the deadline for

21 filing their cross-motions is GRANTED.  Said deadline is extended to December 13, 2013.

22   IT IS SO ORDERED.

23 Dated: 11/22/13

24         SAUNDRA BROWN ARMSTRONG
          United States District Judge
25
26
27
28