ANNA M. MARTIN (SBN 154279)
RIMAC MARTIN P.C.
1051 Divisadero Street
San Francisco, CA  94115
Telephone:  (415) 561-8440
Facsimile: (415) 561-8430
amartin@rimacmartin.com

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA AND
ALLIN CORPORATION GROUP LIFE & DISABILITY PLAN


JORDAN S. ALTURA  (SBN:  209431)
SPENCER P. HUGRET  (SBN:  240424)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
jaltura@gordonrees.com
shugret@gordonrees.com

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY


LAURENCE F. PADWAY (SBN: 89314)
THE LAW OFFICES OF LAURENCE F.
PADWAY
1516 Oak Street, Suite 109
Alameda, CA  94501
Telephone:     (510) 814-6100
Facsimile:     (510) 814-0650
lpadway@padway.com

Attorney for Plaintiff
ELGIN K. COX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN K. COX,<br><br>    Plaintiff,<br><br>  vs.<br><br>ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, DELL, INC. COMPREHENSIVE WELFARE BENEFITS PLAN, DELL, INC., ADMINISTRATION | Case No.  C12-5880 SBA<br><br>**STIPULATON AND** ~~**[PROPOSED]**~~ **ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Action Filed:  November 16, 2012 |

1   AND INVESTMENT COMMITTEE,
    AETNA LIFE INSURANCE COMPANY,          Hon. Saundra Brown Armstrong
2
                    Defendant.
3

4

5

6          Whereas, the Parties deadline for the filing of cross-motions for judgment is December 13,

7   2013;

8

9          Whereas, Laurence F. Padway (counsel for Plaintiff) been advised by his cardiologist for

10  medical reasons not to work for the remainder of this month;

11

12         Now, therefore, the parties stipulate to continue the briefing and hearing schedule on the

13  cross-motions as follows:

14

15             Deadline for filing Cross Motions     January 7, 2014

16             Responses to Cross-Motions due        February 4, 2014

17             Hearing on Cross-Motions              February 25, 2014

18
           IT IS SO STIPULATED.
19

20

21  Dated:  December 12, 2013               THE LAW OFFICES OF LAURENCE F. PADWAY

22

23                                          By:  /s/ Laurence F. Padway
                                                 Laurence F. Padway
24
                                            Attorney for Plaintiff Elgin K. Cox
25

26

27

28

                                        - 2 -              Stipulation and [Proposed] Order Continuing
                                                           Discovery Cutoff and Cross-Motion Deadlines
                                                           Case No. C12-5880 SBA

1    Dated:  December 12, 2013              GORDON & REES LLP

2
                                           By:  /s/ Jordan S. Altura
3                                               Jordan S. Altura
                                                Spencer P. Hugret
4

5                                          Attorneys for Aetna Life Insurance Company

6

7    Dated:  December 12, 2013              RIMAC MARTIN P.C.

8
                                           By:  /s/ Anna M. Martin
9                                               Anna M. Martin

10                                         Attorneys for Unum Life Insurance Company of
                                           America and Allin Corporation Group Life &
11                                         Disability Plan

12

13

14                          [PROPOSED] ORDER

15
              PURSUANT TO STIPULATION, IT IS SO ORDERED.  The deadlines outlined above
16
     are adopted.
17

18

19        Dated:  12/12/2013

20                                                Hon. Saundra B. Armstrong
                                                  U.S. District Court Judge
21

22

23

24

25

26

27

28