1  ANNA M. MARTIN (SBN 154279)
   RIMAC MARTIN P.C.
2  1051 Divisadero Street
   San Francisco, CA  94115
3  Telephone:  (415) 561-8440
   Facsimile: (415) 561-8430
4  amartin@rimacmartin.com

5  Attorneys for Defendants
   UNUM LIFE INSURANCE COMPANY OF AMERICA AND
6  ALLIN CORPORATION GROUP LIFE & DISABILITY PLAN

7
   JORDAN S. ALTURA  (SBN: 209431)
8  SPENCER P. HUGRET  (SBN: 240424)
   GORDON & REES LLP
9  275 Battery Street, Suite 2000
   San Francisco, CA  94111
10 Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
11 jaltura@gordonrees.com
   shugret@gordonrees.com
12
   Attorneys for Defendant
13 AETNA LIFE INSURANCE COMPANY

14
   LAURENCE F. PADWAY (SBN: 89314)
15 THE LAW OFFICES OF LAURENCE F. PADWAY
16 1516 Oak Street, Suite 109
   Alameda, CA  94501
17 Telephone:     (510) 814-6100
   Facsimile:     (510) 814-0650
18 lpadway@padway.com

19 Attorney for Plaintiff
   ELGIN K. COX
20

                    UNITED STATES DISTRICT COURT
21
                    NORTHERN DISTRICT OF CALIFORNIA
22

| 23 | ELGIN K. COX, | Case No.  C12-5880 SBA |
|---|---|---|
| 24 | Plaintiff, | **STIPULATON AND [PROPOSED] ORDER CONTINUING THE BRIEFING SCHEDULE AND HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| 25 | vs. | |
| 26 | ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, DELL, INC. COMPREHENSIVE WELFARE BENEFITS PLAN, DELL, INC., ADMINISTRATION | |
| 27 | | |
| 28 | | Action Filed:  November 16, 2012 |

AND INVESTMENT COMMITTEE,
AETNA LIFE INSURANCE COMPANY,

      Defendant.

Hon. Saundra Brown Armstrong

 

Whereas, the Parties deadline for the filing of cross-motions for judgment is December 13, 2013;

Whereas, Laurence F. Padway (counsel for Plaintiff) been advised by his cardiologist for medical reasons not to work for the remainder of this month;

Now, therefore, the parties stipulate to continue the briefing and hearing schedule on the cross-motions as follows:

| | |
|---|---|
| Deadline for filing Cross Motions | January 7, 2014 |
| Responses to Cross-Motions due | February 4, 2014 |
| Hearing on Cross-Motions | February 25, 2014 |

IT IS SO STIPULATED.

Dated:  December 12, 2013      THE LAW OFFICES OF LAURENCE F. PADWAY

By:  /s/ Laurence F. Padway
     Laurence F. Padway

Attorney for Plaintiff Elgin K. Cox

Dated:  December 12, 2013         GORDON & REES LLP

                                  By:  /s/ Jordan S. Altura
                                       Jordan S. Altura
                                       Spencer P. Hugret

                                       Attorneys for Aetna Life Insurance Company


Dated:  December 12, 2013         RIMAC MARTIN P.C.

                                  By:  /s/ Anna M. Martin
                                       Anna M. Martin

                                       Attorneys for Unum Life Insurance Company of America and Allin Corporation Group Life & Disability Plan


### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The deadlines outlined above are adopted.

Dated:  12/12/2013

                                  _____
                                  Hon. Saundra B. Armstrong
                                  U.S. District Court Judge