1  ANNA M. MARTIN (SBN 154279)
   RIMAC MARTIN P.C.
2  1051 Divisadero Street
   San Francisco, CA  94115
3  Telephone:  (415) 561-8440
   Facsimile: (415) 561-8430
4  amartin@rimacmartin.com

5  Attorneys for Defendants
   UNUM LIFE INSURANCE COMPANY OF AMERICA AND
6  ALLIN CORPORATION GROUP LIFE & DISABILITY PLAN

7

   JORDAN S. ALTURA  (SBN: 209431)
8  SPENCER P. HUGRET  (SBN: 240424)
   GORDON & REES LLP
9  275 Battery Street, Suite 2000
   San Francisco, CA  94111
10 Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
11 jaltura@gordonrees.com
   shugret@gordonrees.com
12
   Attorneys for Defendant
13 AETNA LIFE INSURANCE COMPANY

14
   LAURENCE F. PADWAY (SBN: 89314)
15 THE LAW OFFICES OF LAURENCE F. PADWAY
16 1516 Oak Street, Suite 109
   Alameda, CA  94501
17 Telephone:      (510) 814-6100
   Facsimile:       (510) 814-0650
18 lpadway@padway.com

19 Attorney for Plaintiff
   ELGIN K. COX
20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN K. COX,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, DELL, INC. COMPREHENSIVE WELFARE BENEFITS PLAN, DELL, INC., ADMINISTRATION | Case No.  C12-5880 SBA<br><br>**STIPULATON AND [~~PROPOSED~~] ORDER CONTINUING THE BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Action Filed:  November 16, 2012 |

| | |
|---|---|
| AND INVESTMENT COMMITTEE, AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | Hon. Saundra Brown Armstrong |

Whereas, the Parties deadline for the filing of cross-motions for judgment is January 7, 2014;

Whereas, Laurence F. Padway (counsel for Plaintiff) is experiencing a computer glitch and has been unable to access his word processing program today and therefore, is requesting an additional day to file the cross-motion;

Now, therefore, the parties stipulate to continue the deadline for the filing of Cross-Motions by one day to January 8, 2014.

IT IS SO STIPULATED.

Dated:  January 7, 2014              THE LAW OFFICES OF LAURENCE F. PADWAY


                                     By: /s/ Laurence F. Padway
                                        Laurence F. Padway
                                        Attorney for Plaintiff Elgin K. Cox

- 2 -

Stipulation and [Proposed] Order Continuing
Cross-Motion Deadlines
Case No. C12-5880 SBA

| | | |
|---|---|---|
| 1 | Dated: January 7, 2014 | GORDON & REES LLP |
| 2 | | |
| 3 | | By: /s/ Jordan S. Altura |
| 4 | | Jordan S. Altura<br>Spencer P. Hugret<br>Attorneys for Aetna Life Insurance Company |

Dated: January 7, 2014        RIMAC MARTIN P.C.

By: /s/ Anna M. Martin
    Anna M. Martin

    Attorneys for Unum Life Insurance Company of America and Allin Corporation Group Life & Disability Plan

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The deadline for filing the cross-motions is extended to January 8, 2014.

Dated: 1/7/2014

_____
Hon. Saundra B. Armstrong
U.S. District Court Judge