1  JORDAN S. ALTURA  (SBN: 209431)
   jaltura@gordonrees.com
2  SPENCER P. HUGRET  (SBN: 240424)
   shugret@gordonrees.com
3  GORDON & REES LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA  94111
   Telephone:  (415) 986-5900
5  Facsimile: (415) 986-8054

6  Attorneys for Defendant
   AETNA LIFE INSURANCE COMPANY
7
   ANNA M. MARTIN (SBN 154279)
8  amartin@rimacmartin.com
   RIMAC MARTIN P.C.
9  1051 Divisadero Street
   San Francisco, CA  94115
10 Telephone:  (415) 561-8440
   Facsimile:   (415) 561-8430
11
   Attorneys for Defendants
12 UNUM LIFE INSURANCE COMPANY OF AMERICA and
   ALLIN CORPORATION GROUP LIFE & DISABILITY PLAN
13
   LAURENCE F. PADWAY (SBN 89314)
14 lpadway@padway.com
   THE LAW OFFICES OF LAURENCE F. PADWAY
15 1516 Oak Street, Suite 109
   Alameda, CA  94501
16 Telephone: (510) 814-6100
   Facsimile:  (510) 814-0650
17
   Attorney for Plaintiff ELGIN K. COX
18

19                    UNITED STATES DISTRICT COURT

20                   NORTHERN DISTRICT OF CALIFORNIA

21 ELGIN K. COX,                        )  CASE NO.  C12-5880-SBA
                                        )
22              Plaintiff,              )  **STIPULATION AND [PROPOSED]**
                                        )  **ORDER VACATING REFERRAL TO**
23     vs.                              )  **MANDATORY SETTLEMENT**
                                        )  **CONFERENCE AND SETTING A**
24 ALLIN CORPORATION PLAN and UNUM LIFE )  **NEW HEARING DATE AND**
   INSURANCE COMPANY OF AMERICA, DELL,  )  **BRIEFING SCHEDULE ON THE**
25 INC. COMPREHENSIVE WELFARE BENEFITS  )  **PARTIES' DISPOSITIVE MOTIONS**
   PLAN, DELL, INC., ADMINISTRATION AND )
26 INVESTMENT COMMITTEE, AETNA LIFE     )
   INSURANCE COMPANY,                   )  Action Filed:  November 16, 2012
27                                      )
                Defendants.             )  Hon. Saundra Brown Armstrong
28                                      )

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

TO THE HONORABLE COURT:

Counsel for Plaintiff Elgin K. Cox and Defendants Aetna Life Insurance Company, Unum Life Insurance Company Of America and Allin Corporation Group Life & Disability Plan stipulate as follows and request that the Court vacate the referral to a Mandatory Settlement Conference and set a new hearing date and briefing schedule on the parties' dispositive motions based on the following:

WHEREAS:  On November 19, 2013, the parties participated in a mediation with Mark Humbert, a mediator selected from the Court's ADR panel who has extensive experience mediating ERISA disability cases;

WHEREAS:  Despite the mediator's and the parties' best efforts, the parties had significant differences about the merits and value of this case, and the mediation was terminated;

WHEREAS:  Following mediation, the parties filed opening briefs in support of their respective dispositive motions, which were consistent with the positions taken at mediation by each party;

WHEREAS:  On January 29, 2014, the Court vacated the hearing date and briefing schedule with respect to the parties' dispositive motions, and ordered the parties to participate in a Mandatory Settlement Conference (MSC) with a Federal Magistrate Judge;

WHEREAS:  The parties agree that their positions have not changed since the unsuccessful mediation – despite the factual and legal arguments asserted in the dispositive motions – and agree this matter will not settle at the MSC and that the MSC will result in a significant waste of the parties' and the Court's time and resources;

WHEREAS:  The parties seek to have the Court decide this matter based on the arguments made in their respective dispositive motions;

In consideration of the foregoing, the parties respectfully request the Court vacate the MSC and set a briefing schedule and new hearing date for the dispositive motions, as set forth below, or as soon thereafter as the matter may be heard:

/ / /

/ / /

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1     Opening briefs:  FILED

2     Oppositions:    March 25, 2014

3     Hearing:    April 15, 2014

4

5    **IT IS SO STIPULATED.**

6 Dated:  February 21, 2014    GORDON & REES LLP

7

8     By  */s/ Jordan S. Altura*
        Jordan S Altura
9         Spencer P. Hugret
    Attorneys for Defendant
10     AETNA LIFE INSURANCE COMPANY

11

12 Dated:  February 21, 2014    THE LAW OFFICES OF LAURENCE F. PADWAY

13

14     By  */s/ Laurence F. Padway*
        Laurence F. Padway
15     Attorney for Plaintiff
    ELGIN K. COX

16

17 Dated:  February 21, 2014    RIMAC MARTIN P.C.

18

19     By  */s/ Anna M. Martin*
        Anna M. Martin
20     Attorneys for Defendants
    UNUM LIFE INSURANCE COMPANY OF
21     AMERICA and ALLIN CORPORATION
    GROUP LIFE & DISABILITY PLAN

22

23

24

25

26

27

28

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

-3-    Case No.:  C12-5880 SBA
STIPULATION AND ORDER VACATING REFERRAL TO MANDATORY SETTLEMENT CONFERENCE
AND SETTING A NEW HEARING DATE AND BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS

## ATTESTATION OF E-FILED SIGNATURES

I, Jordan S. Altura, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Vacating Referral to Mandatory Settlement Conference and Setting a New Hearing Date and Briefing Schedule on the Parties' Dispositive Motions. In compliance with Local Rule 5-1(i), I hereby attest that Laurence F. Padway, counsel for Plaintiff Elgin K. Cox, and Anna M. Martin, counsel for Defendants UNUM Life Insurance Company of America and Allin Corporation Group Life & Disability Plan, has concurred in this filing.

Dated:  February 21, 2014                              GORDON & REES LLP


                                                       By  /s/ Jordan S. Altura
                                                           Jordan S Altura
                                                           Attorneys for Defendant
                                                           AETNA LIFE INSURANCE COMPANY

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA  94111

-4-                                                             Case No.:  C12-5880 SBA
STIPULATION AND ORDER VACATING REFERRAL TO MANDATORY SETTLEMENT CONFERENCE
AND SETTING A NEW HEARING DATE AND BRIEFING SCHEDULE ON DISPOSITIVE MOTIONS

## ORDER

Pursuant to the Stipulation above and for good cause shown, the referral to a Mandatory Settlement Conference is hereby vacated. The briefing schedule and hearing on the parties' dispositive motions is reinstated, as follows:

    Oppositions:    March 25, 2014

    Hearing:    May 6, 2014

**IT IS SO ORDERED.** Pursuant to Civil Local Rule 7-1(b), the Court may resolve the motion without oral argument. The parties are advised the check the Court's website to determine whether an appearance on the motion is required.

Dated: 3/5/2014

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

1084587/18598712v.1