**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    ELGIN K. COX,                                No. C-12-05880–SBA (DMR)

12              Plaintiff,                          **ORDER VACATING SETTLEMENT
                                                   CONFERENCE**
13        v.

14    ALLIN CORPORATION PLAN, ET AL,

15              Defendants.
      _____/
16

17            The court has reviewed the parties' November 7, 2014 joint letter [Docket No. 110].  In light

18    of the representations made in that letter, as well as the court's previous discussions with counsel,

19    the court now vacates the November 14, 2014 settlement conference.  The parties are invited to

20    contact Judge Ryu to schedule further settlement proceedings should circumstances change.

21

22    Dated: November 10, 2014

23                                                 _____
                                                   DONNA M. RYU
24                                                 United States Magistrate Judge

25

26

27

28