1

2

3

4

5

6                       UNITED STATES DISTRICT COURT

7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                            OAKLAND DIVISION

9

10   ELGIN COX,                          | Case No:  C 12-5880 SBA

11              Plaintiff,               | **ORDER SETTING BRIEFING**
                                         | **SCHEDULE ON MOTIONS FOR**
12         vs.                           | **LEAVE TO FILE MOTION FOR**
                                         | **RECONSIDERATION**
13   ALLIN CORPORATION PLAN and UNUM
     LIFE INSURANCE COMPANY OF           | Dkt. 101, 109
14   AMERICA; DELL, INC.
     COMPREHENSIVE WELFARE BENEFITS
15   PLAN; DELL, INC., ADMINISTRATION
     AND INVESTMENT COMMITTEE;
16   AETNA LIFE INSURANCE COMPANY,

17              Defendants.

18

19

20         Each parties' respective response to the other's pending motion for leave to file a

21   motion for reconsideration, see Dkt. 101, 109, shall be filed by no later than **December 1,**

22   **2014**.  No replies shall be filed unless the Court orders otherwise.  Docket 103 is terminated

23   as moot.

24         IT IS SO ORDERED.

25   Dated: 11/19/14

26                                       SAUNDRA BROWN ARMSTRONG
                                         United States District Judge
27

28