**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone:  415.561-8440
Facsimile:  415.561-8430

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA
AND ALLIN CORPORATION GROUP LIFE & DISABILITY PLAN

**LAW OFFICES OF LAURENCE F. PADWAY**
Laurence Fred Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel:  (510) 814-6100
Fax: (510) 814-0650
Lpadway@padway.com

Attorneys for Plaintiff
ELGIN K. COX

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN K. COX, | CASE NO.  4:12-cv-05880-SBA |
| Plaintiff, | **STIPULATION TO CONTINUE DEADLINE FOR FILING RESPONSES TO MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION; AND** [~~PROPOSED~~] **ORDER** |
| v. | |
| ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | Action Filed: November 16, 2012 |
| Defendant. | Hon. Saundra Brown Armstrong |

1

STIPULATION TO CONTINUE DEADLINE FOR FILING RESPONSES TO MOTION FOR
LEAVE TO FILE A MOTION FOR RECONSIDERATION; AND [~~PROPOSED~~] ORDER
Case No.  4:12-cv-05880-SBA

1  Whereas, the Court's order of November 19, 2014, scheduled the deadline for the filing
2  of the parties' respective response to the other's pending motion for leave to file a motion for
3  reconsideration for December 1, 2014;
4
5  Whereas, counsel for plaintiff is on a pre-planned vacation and requires additional time to
6  complete the brief;
7
8  Now therefore, the parties stipulate to continue the filing deadline for the response to the
9  other's pending motion for leave to file a motion for reconsideration until December 10, 2014.
10
11  **IT IS SO STIPULATED.**
12
13  **RIMAC MARTIN, P.C.**
14
15  DATED:  November 26, 2014              By:  */S/ Anna M. Martin*
                                                ANNA M. MARTIN
16                                              Attorneys for Defendants
                                                UNUM LIFE INSURANCE COMPANY OF
17                                              AMERICA and ALLIN CORPORATION GROUP
                                                LIFE & DISABILITY PLAN
18
19
20                                              **LAW OFFICES OF LAURENCE F. PADWAY**
21
22  DATED:  November 26, 2014              By:  */S/ Laurence F. Padway*
                                                LAURENCE F. PADWAY
23                                              Attorneys for Plaintiff
                                                ELGIN K. COX
24
25
26  2
STIPULATION TO CONTINUE DEADLINE FOR FILING RESPONSES TO MOTION FOR
27  LEAVE TO FILE A MOTION FOR RECONSIDERATION; AND [PROPOSED] ORDER
Case No.  4:12-cv-05880-SBA
28

**[Proposed] Order**

**IT IS SO ORDERED:**

The parties may have until December 10, 2014 to file their response to the other's pending motion for leave to file a motion for reconsideration.

Dated: 11/26/2014

_____
Saundra Brown Armstrong
United States District Judge

3

STIPULATION TO CONTINUE DEADLINE FOR FILING RESPONSES TO MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION; AND[PROPOSED] ORDER
Case No. 4:12-cv-05880-SBA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE