**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone:  415.561-8440
Facsimile:  415.561-8430

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA
AND ALLIN CORPORATION GROUP LIFE & DISABILITY PLAN

**LAW OFFICES OF LAURENCE F. PADWAY**
Laurence Fred Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel:  (510) 814-6100
Fax: (510) 814-0650
Lpadway@padway.com

Attorneys for Plaintiff
ELGIN K. COX

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN K. COX,<br><br>       Plaintiff,<br><br>v.<br><br>ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>       Defendant. | CASE NO.  4:12-cv-05880-SBA<br><br>**STIPULATION TO CONTINUE DEADLINE FOR FILING RESPONSES TO MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION; AND [PROPOSED] ORDER**<br><br>Action Filed: November 16, 2012<br><br>Hon. Saundra Brown Armstrong |

1   Whereas, on November 19, 2014, this Court ordered the parties to file, on or before

2   December 1, 2014, responses to two pending motions for leave to file motion for

3   reconsideration; and

4

5   Whereas, counsel for plaintiff was in Hawaii on vacation and attending a convention for

6   the Consumer Attorneys of California in Hawaii from November 23 until December 6, and the

7   parties therefore stipulated to, and the Court granted, an extension of time from December 1 to

8   December 10 for the filing of the responses (Docket 114); and

9

10   Whereas, counsel for plaintiff has experienced an unexpected death in his extended

11   family on December 6, 2014, and will be attending to related family matters and memorial

12   services December 10, 2014;

13

14   Now therefore, the parties stipulate to continue the filing deadline for each to file their

15

16   //

17

18   //

19

20   //

21

22   //

23

24

25

26   2

27   STIPULATION TO CONTINUE DEADLINE FOR FILING RESPONSES TO MOTION FOR
     LEAVE TO FILE A MOTION FOR RECONSIDERATION; AND [PROPOSED] ORDER
28   Case No.  4:12-cv-05880-SBA

1  response to the other's pending motion for leave to file a motion for reconsideration by one day,

2  until December 11, 2014.

3

4       **IT IS SO STIPULATED.**

5

6                                **RIMAC MARTIN, P.C.**

7

8  DATED:  December 10, 2014       By:  */S/ Anna M. Martin*

                                    ANNA M. MARTIN

9                                      Attorneys for Defendants

10                                      UNUM LIFE INSURANCE COMPANY OF

                                    AMERICA and ALLIN CORPORATION GROUP

11                                      LIFE & DISABILITY PLAN

12

13                                  **LAW OFFICES OF LAURENCE F. PADWAY**

14

15  DATED:  December 10, 2014       By:  */S/ Laurence F. Padway*

                                      LAURENCE F. PADWAY

16                                      Attorneys for Plaintiff

                                    ELGIN K. COX

17

18

19  //

20

21  //

22

23

24

25

26  STIPULATION TO CONTINUE DEADLINE FOR FILING RESPONSES TO MOTION FOR

27  LEAVE TO FILE A MOTION FOR RECONSIDERATION; AND~~[PROPOSED]~~ ORDER

28  Case No.  4:12-cv-05880-SBA

1

2                                          [Proposed] Order

3      IT IS SO ORDERED:

4
            The parties may have until December 11, 2014 to file their response to the other's
5
       pending motion for leave to file a motion for reconsideration.
6

7

8

9      Dated:    12/11/2014

10                                                      Saundra Brown Armstrong
                                                        United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                                     4
26
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

CERTIFICATE OF SERVICE

28