UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELGIN COX, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>    Defendants. | Case No: C 12-5880 SBA<br><br>**ORDER CLOSING FILE** |

On September 30, 2014, the Court issued its ruling on the parties' respective motions for summary judgment.  See Order on Cross-Mots. for Summ. J., Dkt. 97.  As relief, the action was remanded to the Plan Administrator to re-evaluate Plaintiff's claim in light of the Court's ruling.  Id. at 23.  However, the Court the stayed the remand pending the parties' participation in a further mandatory settlement conference with Magistrate Judge Ryu ("Magistrate").  Id.  The final settlement conference took place on September 11, 2015.  Dkt. 146.  Despite the Magistrate's extended and extensive efforts, the parties were unable to reach a settlement.  Id.  Accordingly,

IT IS HEREBY ORDERED THAT this action is remanded forthwith to the Plan Administrator for further consideration of Plaintiff's long-term disability benefits claim in a manner consistent with this Court's ruling, as set forth in its Order on Cross-Motions for Summary Judgment.  The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated:  9/22/15

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge