UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELGIN COX, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>　　　　Defendants. | Case No:  C 12-5880 SBA<br><br>**ORDER RESCHEDULING PLAINTIFF'S MOTIONS TO AMEND JUDGMENT AND FOR ATTORNEYS' FEES**<br><br>Dkt. 157, 158 |

Plaintiff has noticed his Motion to Amend Judgment and Motion for Attorneys' Fees for hearing on November 19, 2015. As disclosed on the Court's website, November 19, 2015 is <u>not</u> an available hearing date. At this juncture, the next available hearing date is January 13, 2016. Accordingly,

IT IS HEREBY ORDERED THAT the hearing on the aforementioned motions is CONTINUED from November 19, 2015 to <u>January 13, 2016, at 1:00 p.m.</u> Pursuant to Civil Local Rule 7-1(b), the Court may resolve the motions without oral argument. The parties are advised the check the Court's website to determine whether an appearance on the motion is required.

IT IS SO ORDERED.

Dated:  10/16/15

　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge