**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone:  415.561-8440
Facsimile:  415.561-8430

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA
AND ALLIN CORPORATION GROUP LIFE & DISABILITY PLAN

**LAW OFFICES OF LAURENCE F. PADWAY**
Laurence Fred Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel:  (510) 814-6100
Fax: (510) 814-0650
Lpadway@padway.com

Attorneys for Plaintiff
ELGIN K. COX

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN K. COX,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>    Defendant. | CASE NO.  4:12-cv-05880-SBA<br><br>**STIPULATION TO CONTINUE THE DEADLINES TO FILE THE OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND MOTION TO ALTER JUDGMENT**<br><br>Action Filed: November 16, 2012<br>Hon. Saundra Brown Armstrong |

1  To this Honorable Court, counsel for Plaintiff Elgin K. Cox, Defendants Unum Life Insurance Company Of America and Allin Corporation Group Life & Disability Plan stipulate to an extension to continue the deadline for defendants to file their Opposition to Plaintiff's Motion to Alter Judgement and Motion for Attorney's Fees that was filed on October 15, 2015 to November 19, 2015 with a resulting extension for Plaintiff to file his Replies to December 3, 2015. The hearing date of January 13, 2016 will remain unchanged.

Good cause exists because defense attorney Anna Martin has a pre-planned vacation for October 23, 2015 through November 1, 2015.

This short continuance will not impact the hearing date for Plaintiff's Motions and will result in the fully briefed motions being filed with the Court forty-one days before the January 13, 2016 hearing.

**IT IS SO STIPULATED.**

**RIMAC MARTIN, P.C.**

DATED:  October 26, 2015      By:  */S/ Anna M. Martin*
ANNA M. MARTIN
Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA and ALLIN CORPORATION GROUP LIFE & DISABILITY PLAN

**LAW OFFICES OF LAURENCE F. PADWAY**

DATED:  October 26, 2015      By:  */S/ Laurence F. Padway*
LAURENCE F. PADWAY
Attorneys for Plaintiff
ELGIN K. COX

1
2  **IT IS SO ORDERED:**
3
4  10/26/2015
5
6  The _____ Armstrong
7  United
8  Northern District of California

*(Signature: Saundra B. Armstrong — Judge Saundra B. Armstrong, United States District Court, Northern District of California)*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25                                3
26  STIPULATION TO CONTINUE THE DEADLINES TO FILE THE
    OPPOSITION TO PLAINTIFF'S MOTION FOR ATTORNEY FEES AND MOTION TO ALTER
27                              JUDGMENT
              Case No.  4:12-cv-05880-SBA
28