**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone:  415.561-8440
Facsimile:  415.561-8430

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA
AND ALLIN CORPORATION GROUP LIFE & DISABILITY PLAN

**LAW OFFICES OF LAURENCE F. PADWAY**
Laurence Fred Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel:  (510) 814-6100
Fax: (510) 814-0650
Lpadway@padway.com

Attorneys for Plaintiff
ELGIN K. COX

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN K. COX,<br><br>    Plaintiff,<br><br>v.<br><br>ALLIN CORPORATION PLAN and UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>    Defendant. | CASE NO.  4:12-cv-05880-SBA<br><br>**STIPULATION TO CONTINUE THE HEARING AND BRIEFING OF DEFENDANTS' MOTION FOR THE COURT'S REVIEW OF THE CLERK'S TAXATION OF COSTS TO A DATE ATLEAST 60 DAYS AFTER THE JANUARY 13, 2016 HEARING OF PLAINTIFF'S MOTION TO ALTER JUDGMENT** |

1

STIPULATION TO CONTINUE THE HEARING AND BRIEFING OF DEFENDANTS' MOTION FOR THE COURT'S REVIEW OF THE CLERK'S TAXATIONOF COSTS TO A DATE SIXTY DAYS AFTER THE JANUARY 13, 2016 HEARING OF PLAINTIFF'S MOTION TO ALTER JUDGMENT
Case No.  4:12-cv-05880-SBA

Action Filed: November 16, 2012
Hon. Saundra Brown Armstrong

To this Honorable Court, counsel for Plaintiff Elgin K. Cox, Defendants Unum Life Insurance Company Of America and Allin Corporation Group Life & Disability Plan stipulate to continue the hearing of Defendants' Motion For The Court's Review of the Clerk's Taxation of Costs to a date at least sixty (60) days after the January 13, 2016 hearing of Plaintiff's Motion To Alter Judgment.

The parties further seek to continue the opposition and reply briefing deadlines to correspond to a later hearing date.  To that end, the parties stipulate that plaintiff's opposition brief will be filed on or before February 12, 2016 and defendants' reply brief will be filed on or before February 26, 2016.

Good cause exists because the Court's ruling on the Motion to Alter Judgment, which is set to be heard on January 13, 2016, may have an impact on Defendants' Motion for the Court's Review of the Clerk's Taxation of Costs rendering it unnecessary.  This will preserve attorney time and judicial resources.

This short continuance will not prejudice any party or the Court and will promote judicial economy.

2

STIPULATION TO CONTINUE THE HEARING AND BRIEFING OF DEFENDANTS' MOTION FOR THE COURT'S REVIEW OF THE CLERK'S TAXATIONOF COSTS TO A DATE SIXTY DAYS AFTER THE JANUARY 13, 2016 HEARING OF PLAINTIFF'S MOTION TO ALTER JUDGMENT
Case No.  4:12-cv-05880-SBA

**IT IS SO STIPULATED.**

                                                  **RIMAC MARTIN, P.C.**

DATED: October 29, 2015         By: _/S/ Anna M. Martin_
                                                  ANNA M. MARTIN
                                                  Attorneys for Defendants
                                                  UNUM LIFE INSURANCE COMPANY OF
                                                  AMERICA and ALLIN CORPORATION GROUP
                                                  LIFE & DISABILITY PLAN


                                                **LAW OFFICES OF LAURENCE F. PADWAY**

DATED: October 29, 2015         By: _/S/ Laurence F. Padway_
                                                  LAURENCE F. PADWAY
                                                  Attorneys for Plaintiff
                                                  ELGIN K. COX

**IT IS SO ORDERED:**

The Court will hold a hearing on the motion for review of taxation of costs on April 7, 2016. UNUM Life Insurance Company shall promptly provide a courtesy copy of its motion, which the Court has not received.  As the April hearing date approaches, if the parties wish to further extend the briefing schedule or the hearing date, they may prepare a stipulation for the Court's approval.

DATED:    11/04/15                                   _/s/ Kandis Westmore_
                                                    Kandis A. Westmore
                                                    United States Magistrate Judge