**LAW OFFICES OF LAURENCE F. PADWAY**
Laurence Fred Padway
1516 Oak Street, Suite 109
Alameda, CA 94501
Tel: (510) 814-6100
Fax: (510) 814-0650
Lpadway@padway.com

Attorneys for Plaintiff
ELGIN K. COX

**RIMAC MARTIN, P.C.**
Anna M. Martin – CSBN 154279
amartin@rimacmartin.com
1051 Divisadero Street
San Francisco, CA 94115
Telephone: 415.561-8440
Facsimile: 415.561-8430

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA
AND ALLIN CORPORATION GROUP LIFE & DISABILITY PLAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN K. COX, | ) CASE NO. 4:12-cv-05880-SBA |
| Plaintiff, | ) |
| | ) **STIPULATION TO CONTINUE THE** |
| v. | ) **DEADLINE FOR PLAINTIFF TO FILE** |
| | ) **HIS REPLY BRIEFS RE MOTION FOR** |
| | ) **ATTORNEY'S FEES AND MOTION** |
| ALLIN CORPORATION PLAN and UNUM | ) **TO ALTER JUDGMENT AND** |
| LIFE INSURANCE COMPANY OF | ) **[PROPOSED] ORDER** |
| AMERICA, et al., | ) |
| | ) Action Filed: November 16, 2012 |
| Defendant. | ) Hon. Saundra Brown Armstrong |

1

STIPULATION TO CONTINUE THE DEADLINE FOR PLAINTIFF TO FILE HIS REPLY BRIEFS
RE MOTION FOR ATTORNEY'S FEES AND MOTION TO ALTER JUDGMENT
Case No. 4:12-cv-05880-SBA

Whereas, Plaintiff's reply briefs re the motion for attorney's fees and motion to alter judgment are due on December 3, 2015; and

Whereas, counsel for plaintiff requests a continuance to December 10, 2015 due to illness including two hospitalizations in the past two weeks;

Now, therefore, the parties stipulate to extend the deadline for plaintiff to file his reply briefs re the motion for attorney's fees and motion to alter judgment to December 10, 2015.

This short continuance will not impact the hearing date for Plaintiff's scheduled for January 13, 2016.

**IT IS SO STIPULATED.**

**LAW OFFICES OF LAURENCE F. PADWAY**

DATED:  December 2, 2015        By: */S/ Laurence F. Padway*
                                LAURENCE F. PADWAY
                                Attorneys for Plaintiff
                                ELGIN K. COX

**RIMAC MARTIN, P.C.**

DATED:  December 2, 2015        By: */S/ Anna M. Martin*
                                ANNA M. MARTIN
                                Attorneys for Defendants
                                UNUM LIFE INSURANCE COMPANY OF
                                AMERICA and ALLIN CORPORATION GROUP
                                LIFE & DISABILITY PLAN

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Laurence F. Padway, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 2, 2015                LAW OFFICES OF LAURENCE F. PADWAY

                                       By: /s/Laurence F. Padway
                                       LAURENCE F. PADWAY
                                       Attorneys for Plaintiff
                                       ELGIN K. COX

**[Proposed] ORDER**

**IT IS SO ORDERED:**

Plaintiff may have until December 10, 2015 to file his reply briefs re the motion for attorney's fees and motion to alter judgment.

Dated: 12/02/2015                      _____
                                       The Honorable Saundra Brown Armstrong
                                       United States District Court Judge
                                       Northern District of California

3

STIPULATION TO CONTINUE THE DEADLINE FOR PLAINTIFF TO FILE HIS REPLY BRIEFS RE MOTION FOR ATTORNEY'S FEES AND MOTION TO ALTER JUDGMENT
Case No. 4:12-cv-05880-SBA