| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE NORTHERN DISTRICT OF CALIFORNIA | |
| OAKLAND DIVISION | |

| | |
|---|---|
| ELGIN K. COX,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALLIN CORPORATION PLAN, UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　Defendants. | Case No: 16-cv-04675 SBA<br>Case No: 12-cv-05880 SBA<br><br>**ORDER REOPENING ACTIONS AND SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE**<br><br>Dkt. 71<br>Dkt. 189 |

On May 21, 2021, the United States Court of Appeals for the Ninth Circuit issued an order remanding these related actions for the limited purpose of permitting further development of the record. See Case No. 12-cv-05880, Dkt. 188; Case No. 16-cv-04675, Dkt. 70. On June 21, 2021, Plaintiff Elgin K. Cox ("Plaintiff") filed the instant Request for Status Conference and Administrative Motion to Open Discovery. Case No. 12-cv-05880, Dkt. 189; Case No. 16-cv-04675, 71. The Court finds that, in accordance with the Ninth Circuit's remand instructions, it is appropriate to reopen these actions and set a telephonic case management conference. Upon the reopening of the actions, discovery may commence. Deadlines to complete discovery and the limited proceedings contemplated in the Ninth Circuit's order shall be set at the case management conference. Accordingly,

IT IS HEREBY ORDERED THAT:

1. The Clerk shall REOPEN these related actions.

2. Plaintiff's request for a status conference and administrative motion to open discovery is GRANTED.

| | |
|---|---|
| 1 |      3.     The parties shall appear for a telephonic Case Management Conference on |
| 2 | <u>August 5, 2021, at 2:45 p.m.</u>[1]  At least seven (7) calendar days prior to the conference, the |
| 3 | parties shall meet and confer and file a Joint Case Management Conference Statement.  The |
| 4 | Statement shall describe the scope of discovery and propose deadlines to complete the same |
| 5 | and the other limited proceedings contemplated.  Counsel shall join the conference line |
| 6 | (888) 684-8852 promptly at the date and time specified.  The access code to join the |
| 7 | conference is 7281326. |
| 8 |      IT IS SO ORDERED. |
| 9 | Dated: 06/30/2021 |

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge

---

[1] The Court is advised that only counsel for Plaintiff and Defendants Allin Corporation Plan and Unum Life Insurance Company of America will participate in the case management conference.  <u>See</u> Pl.'s Req. at 2.  No other counsel need appear.