UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGIN K. COX,<br><br>   Plaintiff,<br><br> v.<br><br>ALLIN CORPORATION PLAN, et al.,<br><br>   Defendants. | Case No. 16-cv-04675-JST<br>12-cv-05880-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 114 |

The parties have filed a notice of settlement of Case Nos. 12-cv-05880-JST and 16-cv-04675 JST. *See* Case No. 16-cv-04675-JST, ECF No. 114. Accordingly, any scheduled hearings or deadlines are vacated, and these matters are dismissed with prejudice. The Clerk shall close the files.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 30 days of the date of this order.

**IT IS SO ORDERED**.

Dated: April 24, 2023

                JON S. TIGAR
                United States District Judge